UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JACKIE CRUMB**
**Plaintiffs,**

**VERSUS**                                          **CIVIL ACTION NO. 5:05CV218KS/JMR**

**ADAMS COUNTY BOARD OF SUPERVISORS**
**Defendant.**
_____

**AGREED ORDER OF DISMISSAL**
_____

THIS MATTER having come on for hearing upon the Joint Motion of the parties, and the parties being represented by counsel, the Plaintiff by Lisa M. Ross and the Defendant by Jeremy P. Diamond; and the parties, by and through their respective counsel have announced to the Court that all issues in the above referenced matter have been resolved; that the Complaint and said causes of action stated therein should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that the Plaintiff's Complaint and causes of action alleged against the Defendant are hereby dismissed with prejudice.

SO ORDERED, this the 27th day of July, 2006.

*s/Keith Starrett*
United States District Judge

AGREED:

s/ Lisa M. Ross
_____
LISA M. ROSS (MSB 9755)
Attorney for Plaintiff,
Jackie Crumb
P.O. Box 11264

Jackson, Mississippi 39283-1264
(601) 981-7900

s/ Jeremy P. Diamond
_____
JEREMY P. DIAMOND (MSB 101800)
ROBERT C. LATHAM (MSB 1076)
Truly, Smith & Latham, P.L.L.C.
Attorney for Defendant,
Adams County Board of Supervisors
P.O. Box 1307
Natchez, Mississippi 39121
(601) 442-6495